[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-14427
Non-Argument Calendar

_____

D. C. Docket No. 1:10-cr-20219-JAL-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAFAEL POLANCO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(November 8, 2012)

Before BARKETT, PRYOR and EDMONDSON, Circuit Judges.


PER CURIAM:

Rafael Polanco appeals his conviction -- following a bench trial -- and 87-month sentence for conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956.

Briefly stated, the appeal presents these issues:

1.      Whether the evidence regarding the money transactions was sufficient to support a conclusion that Polanco knew or was deliberately ignorant to the fact that the money came from drug trafficking.

2.      Whether the district court committed clear error in applying an enhancement for knowing or believing the laundered funds were from drug trafficking, and denying Polanco's request for a minor role adjustment.

The evidence at trial of the nature and circumstances of the money transactions (related to the Venezuelan black market Bolivar  exchange) was sufficient to support Polanco's conviction for knowing or being deliberately ignorant to the fact that the money was from drug trafficking.  The district court also did not commit clear error in applying a guideline enhancement based on Polanco's knowledge of the money's connection to drugs.  And the district court did not commit clear error in denying Polanco's request for a minor role adjustment: he was only being held responsible for his conduct in the conspiracy. Accordingly, we affirm Polanco's conviction and sentence.

AFFIRMED.